IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROQUE DE LA FUENTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00189 |
| ) | Judge Trauger |
| DEMOCRATIC PARTY OF TENNESSEE ) | |
| AND TRE HARGETT, *Secretary of State of* ) | |
| *Tennessee*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 24, 2016, the Magistrate Judge issued a Report and Recommendation (DE #25), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Hargett (Docket No. 18) and the Motion to Dismiss filed by defendant Tennessee Democratic Party (Docket No. 20) are GRANTED, and this case is DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 20th day of December 2016.

_____
ALETA A. TRAUGER
U.S. District Judge